**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1541

FASIL ATLE DESTA,

       Petitioner,

   v.

MICHAEL B. MUKASEY, Attorney General,

       Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A97-204-006)

Submitted: March 17, 2008      Decided: April 7, 2008

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Linda A. Dominguez, L A DOMINGUEZ LAW, LLC, Baltimore, Maryland, for Petitioner. Jeffrey S. Bucholtz, Acting Assistant Attorney General, Michelle Gorden Latour, Assistant Director, Jamie M. Dowd, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fasil Atle Desta, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reconsider a prior order of the Board denying a motion to reopen removal proceedings. We have reviewed the administrative record and find no abuse of discretion in the Board's order. See 8 C.F.R. § 1003.2(a) (2007) (standard of review); Jean v. Gonzales, 435 F.3d 475, 481, 482-83 (4th Cir. 2006) (same). We therefore deny the petition for review for the reasons stated by the Board. See In re: Desta, No. A97-204-006 (B.I.A. May 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED